**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50655 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00570-GHK |
| v. | |
| EWAEN OTIS JOS-BAZUAYE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
George H. King, District Judge, Presiding

Submitted August 11, 2011[**]

Before:     THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

Ewaen Otis Jos-Bazuaye appeals from his guilty-plea conviction and 84-

month sentence for being an illegal alien found in the United States following

deportation, in violation of 8 U.S.C. § 1326; bank fraud, in violation of 18 U.S.C.

§ 1344; and money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Jos-Bazuaye's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal for the defendant's conviction. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

The conviction is **AFFIRMED**, and the appeal of the sentence is **DISMISSED.**